AO 98A (9/01) Includes violations of Conditions of Release as well as non-appearance as grounds for forfeiture.

# United States District Court

**EASTERN** District of **CALIFORNIA**

FILED
2005 SEP 21 P 3:28
CLERK, US DISTRICT COURT
EASTERN DIST CALIF
AT FRESNO
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

**APPEARANCE AND COMPLIANCE BOND**

BARTHOLOMEW PILGRIM HENSLEY
Defendant

Case Number: CRF 05-00315 OWW

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ 50,000.00 , and there has been deposited in the Registry of the Court the sum of
$ ) in cash or N/A (describe other security.)

The conditions of this bond are that the defendant, Bartholomew Hensley (Name)
is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on  9-21-05  at  U.S. District Court, ED of CA Fresno, California
                         Date                              Place

Defendant _____  Address _____
Surety  X Patricia Hensley           Address _____
Surety _____      Address _____

Signed and acknowledged before me on  9.21.05
                                         Date

Judicial Officer/Clerk

Approved: _____   cc: AUSA, PTS, Fed Defender

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at _____

_____ ; and that my net worth is the sum of

__Fifty Thousand_____ dollars ($ __50,000.00__ ).

I further state that

_____

x __Patricia Hensley__
                                                                Surety

Sworn to before me and subscribed in my presence on __9/21/05__
                                                                  Date

at  U.S. District Court, 1130 O Street, Fresno, California
                                    Place

__Irma Lira__ Deputy Clerk                    _____
     Name and Title                           Signature of Judicial Officer/Clerk

---

I, the undersigned surety, state that I reside at _____

_____ ; and that my net worth is the sum of

_____ dollars ($ _____ ).

I further state that

_____
                                                                Surety

Sworn to before me and subscribed in my presence on _____
                                                                  Date

at  U.S. District Court, 1130 O Street, Fresno, California
                                    Place

__Deputy Clerk__                              _____
     Name and Title                           Signature of Judicial Officer/Clerk

Justification Approved: ___[signature]___
                          Judicial Officer