PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:05CR00315-14 OWW** |
| ) | |
| **BARTHOLOMEW PILGRIM HENSLEY** ) | |
| ) | |

On March 20, 2006, the above-named was placed on probation for a period of 3 years after being convicted of Conspiracy to Distribute and Possess With the Intent to Distribute Marijuana. While on probation, the offender has complied with the rules and regulations of supervision. He satisfied his special assessment, completed 100 hours of community work service, completed 180 days of home confinement, and submitted to DNA testing. In addition, he has maintained full-time employment throughout his supervision period. Therefore, it is recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Scott J. Waters

**Scott J. Waters**
**Senior United States Probation Officer**

Dated:    February 26, 2008
         Fresno, California


**REVIEWED BY:**    /s/ Bruce A. Vasquez
                  **Bruce A. Vasquez**
                  **Supervising United States Probation Officer**

**Re:    HENSLEY, Bartholomew P.
       Docket Number:   1:05CR00315-14 OWW
       ORDER TERMINATING PROBATION
       <u>PRIOR TO EXPIRATION DATE</u>**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:    <u>March 12, 2008</u>**                          <u>        /s/ Oliver W. Wanger        </u>
                                                    UNITED STATES DISTRICT JUDGE